**FILED**
JUN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8539

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Roxana CHAVEZ-Perez, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about June 15, 2008, within the Southern District of California, defendant Roxana CHAVEZ-Perez, did knowingly and intentionally import approximately 64.10 kilograms (141.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Renato Gates, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16TH DAY OF JUNE 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
            v.
2  Roxana CHAVEZ-Perez

3                       STATEMENT OF FACTS

4      This complaint is based on the reports, documents, and notes
5  furnished to United States Immigration and Customs Enforcement
6  Special Agent Renato Gates.
7      On June 15, 2008, at approximately 0806 hours, Customs and
8  Border Protection Officer (CBPO) C. Montez was conducting primary
9  inspection duties on lane # 3 at the Calexico, California, East
10 Port of Entry when a 2001 Chrysler Voyager with Mexican license
11 plate number BEK5333 approached her booth for inspection.
12     CBPO Montez identified the driver as Roxana CHAVEZ-Perez was
13 accompanied by her to minor children. CBPO Montez received a
14 negative oral Customs declaration from CHAVEZ-Perez. CBPO Ramos
15 referred CHAVEZ-Perez and the vehicle to the secondary lot for
16 further inspection.
17     CBPO J. Bolanos was conducting secondary inspections and
18 observed a white Chrysler Voyager bearing Baja California plate
19 BEK533 enter the vehicle secondary lot. CBPO Bolanos the driver,
20 identified as Roxana CHAVEZ-Perez, and received a negative Customs
21 declaration. CHAVEZ-Perez informed CBPO Bolanos the vehicle was
22 registered to her husband and she was going shopping at Las Palmas.
23 CBPO D. Alba was conducting a sweep of vehicle with his assigned
24 Human/Narcotic Detector Dog (HNDD) and received an alert to the

Chrysler Voyager. CBPO Alba informed CBPO Bolanos his NHDD had alerted to the vehicle's dashboard.

CBPO Bolanos conducted an intensive inspection of the vehicle and discovered several non-factory compartments located within the dash, rocker panels, rear hatch door, and quarter panels. CBPO Bolanos discovered numerous brown tapped packages within the compartments. CBPO Bolanos probed a random package, and it produced a green leafy substance that field tested positive for marijuana. A total of sixty (60) packages of marijuana were discovered with a total weight of 64.10 kilograms (141.02 pounds).

CHAVEZ-Perez was arrested for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. CHAVEZ-Perez was read her Miranda rights, which she acknowledged and waived. CHAVEZ-Perez agreed to be interviewed without the presence of an attorney.

CHAVEZ-Perez stated she knew she was in the process of doing something illegal by crossing the vehicle into the United States. CHAVEZ-Perez stated she was going to be paid $10,000 pesos for crossing the car into the United States. CHAVEZ-Perez stated she thought the vehicle she was driving contained drugs, but wasn't told what type of drugs. CHAVEZ-Perez stated she was given a note to cross the vehicle into the United States and park it at the USA gas station near the Calexico, California, East Port of Entry.